**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6527**

―――――――――

EDGAR EDWARD BANTAM,

                                        Petitioner - Appellant,

        versus

ATTORNEY GENERAL FOR THE STATE OF MARYLAND;
JOSEPH P. SACCHET,

                                        Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-2392-WMN)

―――――――――

Submitted:  August 30, 2000        Decided:  September 7, 2000

―――――――――

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Edgar Edward Bantam, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Rachel Marblestone Kamins, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edgar Edward Bantam seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bantam v. Sacchett, No. CA-99-2392-WMN (D. Md. Mar. 17, 2000); Williams v. Taylor, 120 S. Ct. 1495 (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED